UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No. 5:12-CV-630-oc-22PRL

VILINDA YORK

    Plaintiff,

v.

NEW ENGLAND COMPOUNDING
PHARMACY, INC., a foreign corporation,
d/b/a NEW ENGLAND COMPUNDING
CENTER (NECC),and MARION PAIN
MANAGEMENT CENTER, INC.,
a Florida corporation,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING DEFENDANT MARION PAIN MANAGEMENT CENTER'S LACK OF CONSENT TO NOTICE OF REMOVAL**

Pursuant to M.D. Fla. L.R. 3.01(g), Plaintiff has conferred with Defendant Marion Pain Management Center regarding its Motion for Remand. As set forth in her Motion for Remand [D.E. 9], at the time Defendant NECC removed this matter, Plaintiff had already amended her Complaint pending in the Fifth Judicial Circuit in and for Marion County to include and had served Defendant Marion Pain Management Center, Inc., a Florida corporation. Thus, diversity did not exist at the time of NECC's removal and NECC had not obtained Defendant Marion Pain Management Center, Inc.'s consent to remove the case. Pursuant to its obligation under M.D. Fla. L.R. 3.01(g), Plaintiff's counsel has conferred with Defendant Marion Pain Management Center, Inc.'s counsel and has been authorized by Defendant Marion Pain Management Center, Inc.'s counsel to advise the

1

Court that Defendant Marion Pain Management Center, Inc.'s *does not* consent to the removal of this action by NECC. Accordingly, as more fully set forth in Plaintiff's Motion for Remand [D.E. 9], NECC's removal of this case was improper and the case should be remanded to Fifth Judicial Circuit in and for Marion County.

Dated:   December 13, 2012.

Respectfully submitted,

John Piccin, Esq.
Florida Bar Number 0194033
jp@piccinlawfirm.com
PICCIN LAW FIRM
Post Office Box 159
Ocala, FL 34478-0159
Phone:352-351-5446
Fax:352-351-8057
*Co-Counsel for Plaintiff*

/s Patrick S. Montoya
Ervin A. Gonzalez (Trial Counsel)
Florida Bar No. 500720
Ervin@colson.con
Patrick S. Montoya
Florida Bar No. 524441
patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2012, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing and via email and U.S. Mail to: Rhonda Beesing, Esq., Daniel Shapiro, Esq., Shapiro@csklegal.com, Rhonda.beesing@csklegal.com, Cole, Scott & Kissane P.A., Attorneys for Defendant/Marion Pain Management Center, Inc., 4301 West Boy Scout Boulevard, Suite# 400, Tampa, Florida 33607.

/s Patrick S. Montoya

**Service List**

Vilinda York v. New England Compounding Pharmacy, Inc.,
D/B/A New England Compounding Center (NECC), and Marion Pain
Management Center, Inc., a Florida corporation,
Case No.: 5:12-CV-630-oc-22PRL

United States District Court, Middle District of Florida

Charles D. Bavol
Florida Bar Number 776701
cbavol@bleakleybavol.com
Melissa Kreps
Florida Bar Number 595551
mkreps@bleakleybavol.com
Attorneys for Defendant NECC
Bleakley Bavol Law Firm
15170 N. Florida Ave.
Tampa, FL 33613