**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
Office of the Clerk
311 West Monroe Street
P.O. Box 53558
Jacksonville, Florida  32201
(904) 549-1900
www.flmd.uscourts.gov

Sheryl L. Loesch
   Clerk

December 14, 2012

Jeff Luthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary
 Building, Suite G-255 North
One Columbus Circle, N.E.
Washington, DC 20002-8041

      **RE:**    **MDL No.2419, In re: New England Compounding Pharmacy, Inc.**

Dear Mr. Luthi:

    Enclosed please find a copy of the docket sheet and complaint for the case listed below. These items are forwarded to you so that this case may be considered as a potential tag-along case in the above referenced litigation.

**Case No.:**      **5:12-cv-630-Oc-22PRL**
**Case Style:**   **Vilinda York v. New England Compounding Pharmacy, Inc.**

    If I may be of further assistance, please let me know.

                        Sincerely,

                        s/Lisa Fannin
                        Deputy Clerk

enclosures (as stated)