UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No. 5:12-CV-630-oc-22PRL

VILINDA YORK

    Plaintiff,

v.

NEW ENGLAND COMPOUNDING
PHARMACY, INC., a foreign corporation,
d/b/a NEW ENGLAND COMPUNDING
CENTER (NECC),and MARION PAIN
MANAGEMENT CENTER, INC.,
a Florida corporation,

    Defendants.

_____/

## **PLAINTIFF'S RESPONSE TO LETTER FROM CLERK OF COURT [D.E. 12]**

Plaintiff seeks to be remanded back to State Court because this Court has no jurisdiction in this matter. In an abundance of caution and to prevent inadvertent inaction by the Court in this matter, Plaintiff files her Response to prevent any potential confusion of this case being a "potential tag-along case" in MDL number 2419, as set forth in the Clerk of Court's correspondence dated December 14, 2012 [D.E. 12] in this matter. Simply put, the Judicial Panel on Multidistrict Litigation (JPML) has not yet ruled, much less heard oral argument on whether cases involving Defendant NECC should be transferred to a MDL. Oral argument to determine if four cases involving Defendant NECC should be transferred to anMDL in the United States District Court for the District of Minnesota is not set until January 31, 2013. Ex. A at 3-4. Accordingly, contrary to the Clerk of Court's

correspondence of December 14, 2012, this is not a "potential tag-along case" to an MDL, as no court has been determined to be an MDL transferor Court by the JPML. Moreover, as set forth in Plaintiff's Motion for Remand:

> "The pendency of a … conditional transfer order … does not affect or suspend …pretrial proceedings in any pending federal district court action and does not limit the pretrial jurisdiction of that court." Rule 2.1(d) R.J.P.M.L. The JPML rule is echoed in the Manual for Complex Litigation, 4th, §20-131 (2004) at 220-21 stating: "The transferor court should not automatically stay discovery … Nor should the court automatically postpone ruling on pending motions, or general suspend further proceedings … [M]atters such as motions to dismiss or *to remand*, raising issues unique to the particular case, may be particularly appropriate for resolution before the Panel acts on the motion to transfer. *Id.* (emphasis supplied). In short, simply because there may be an MDL established regarding the fungal meningitis cases does not grant this Court original jurisdiction. This case should be remanded.

[D.E. 9 at 19-20].

Respectfully submitted,

Dated: December 17, 2012.

John Piccin, Esq.
Florida Bar Number 0194033
jp@piccinlawfirm.com
PICCIN LAW FIRM
Post Office Box 159
Ocala, FL 34478-0159
Phone:352-351-5446
Fax:352-351-8057
*Co-Counsel for Plaintiff*

/s Patrick S. Montoya
Ervin A. Gonzalez, Esq.
Florida Bar No. 500720
Ervin@colson.con
Patrick S. Montoya, Esq.
Florida Bar No. 524441

2

patrick@colson.com
COLSON HICKS EIDSON COLSON
MATTHEWS MARTINEZ GONZALEZ
KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:   (305) 476-7444
*Counsel for Plaintiff*

### **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing and via email and U.S. Mail to: Rhonda Beesing, Esq., Daniel Shapiro, Esq., Shapiro@csklegal.com, Rhonda.beesing@csklegal.com at Cole, Scott & Kissane P.A., Attorneys for Defendant/Marion Pain Management Center, Inc., 4301 West Boy Scout Boulevard, Suite# 400, Tampa, Florida 33607.

/s Patrick S. Montoya

## Service List

Vilinda York v. New England Compounding Pharmacy, Inc.,
D/B/A New England Compounding Center (NECC), and Marion Pain
Management Center, Inc., a Florida corporation,
Case No.: 5:12-CV-630-oc-22PRL

United States District Court, Middle District of Florida

Charles D. Bavol
Florida Bar Number 776701
cbavol@bleakleybavol.com
Melissa Kreps
Florida Bar Number 595551
mkreps@bleakleybavol.com
Attorneys for Defendant NECC
Bleakley Bavol Law Firm
15170 N. Florida Ave.
Tampa, FL 33613