**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

VILINDA YORK,

Plaintiff,

Case No. 5:12-cv-00630-22PRL

v.

NEW ENGLAND COMPOUNDING PHARMACY, INC., a foreign corporation, d/b/a NEW ENGLAND COMPOUNDING CENTER (NECC),

Defendant.
______________________________________/

**DEFENDANT NEW ENGLAND COMPOUNDING PHARMACY, INC. D/B/A NEW ENGLAND COMPOUNDING CENTER'S NOTICE OF STAY BY REASON OF BANKRUPTCY**

Defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center ("NECC") hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB. Pursuant to 11 U.S.C. § 362(a), all actions against NECC are stayed.

*[Continued on following page]*

Dated: December 26, 2012.

Respectfully submitted,

s/Charles D. Bavol
Charles D. Bavol
Bar Number 776701
Melissa D. Krepps
Bar Number 595551
The Bleakley Bavol Law Firm
15170 N. Florida Avenue
Tampa, Florida 33613
Telephone: 813.221.3759
Facsimile: 813.221.3198
cbavol@bleakleybavol.com
mkrepps@bleakleybavol.com
*Attorneys for Defendant*
*New England Compounding*
*Pharmacy, Inc. d/b/a*
*New England Compounding Center*

**CERTIFICATE OF SERVICE**

I hereby certify that, on **December 26, 2012,** I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Charles D. Bavol
Attorney

**SERVICE LIST**

John H. Piccin
Piccin Law Firm
Post Office Box 159
320 NW Third Avenue
Ocala, FL 34478-0159
Attorneys for Plaintiff

Served via CM/ECF.

Ervin A. Gonzalez
Patrick S. Montoya
Colson Hicks Eidson Colson Matthews
Martinez Gonzalez Kalbac & Kane
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Attorneys for Plaintiff

Served via CM/ECF.

Daniel A. Shapiro
Rhonda Beesing
Cole, Scott & Kissane, P.A.
4301 West Boy Scout Boulevard, Suite 400
Tampa, FL 33607
Attorneys for Defendant Marion Pain
Management Center, Inc.

Served via U.S. Mail.