FILED
2012 DEC 27 AM 11: 23
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**VILINDA YORK,**

    Plaintiff,

-vs-                                              Case No. 5:12-cv-630-Oc-22PRL

**NEW ENGLAND COMPOUNDING PHARMACY, INC.,**

    Defendant.
_____

## ORDER

The Court has for consideration a Notice of Stay by Reason of Bankruptcy (Doc. No. 20), filed on December 26, 2012 by Defendant New England Compounding Pharmacy, Inc., which states that the Defendant has filed a bankruptcy petition in the United States Bankruptcy Court.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than January 11, 2013, the remaining parties shall file and serve memoranda on the issue of whether this action should proceed without the bankrupt party or should be stayed.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 27, 2012.

JOHN ANTOON II
U.S. District Judge
(Signed in the absence of
Chief Judge Anne C. Conway)

Copies furnished to:

Counsel of Record
Unrepresented Party