UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No. 5:12-CV-630-oc-22PRL

VILINDA YORK

    Plaintiff,

v.

NEW ENGLAND COMPOUNDING
PHARMACY, INC., a foreign corporation,
d/b/a NEW ENGLAND COMPUNDING
CENTER (NECC),and MARION PAIN
MANAGEMENT CENTER, INC.,
a Florida corporation,

    Defendants.
_____/

**PLAINTIFF'S MEMORANDA IN RESPONSE TO
COURT'S ORDER DATED DECEMBER 27, 2012 [DOC. NO. 21]**

Plaintiff hereby files its Memoranda in response to the Court's Order dated December 27, 2012 [Doc. No. 21] and states as follows:

The Court has requested Memoranda as to whether this case should proceed without the bankrupt party or should be stayed. Plaintiff's position is simple, to wit: this case was improperly removed by Defendant New England Compounding Center, Inc., and should be remanded to the Fifth Judicial Circuit in and for Marion County, Florida, to decide whether this action should be stayed, for the reasons expressed in Plaintiff's Motion for Remand [Doc. No. 9], Plaintiff's Notice of Filing Defendant Marion Pain Management Center, Inc.'s Lack of Consent to Notice of Removal [Doc. No. 11], Plaintiff's Verified Response to Defendant New England Compounding Pharmacy, Inc.'s Motion to Stay

1

[Doc. No. 18]. For the reasons expressed the aforementioned filings, and as a matter judicial discretion and economy, Plaintiff requests that the Court remand the case with all parties to the Fifth Judicial Circuit in and for Marion County, Florida, so that it may decide the issue of the stay.

Dated:   January 11, 2013.

    Respectfully submitted,

    John Piccin, Esq.
    Florida Bar Number 0194033
    jp@piccinlawfirm.com
    PICCIN LAW FIRM
    Post Office Box 159
    Ocala, FL 34478-0159
    Phone:352-351-5446
    Fax:352-351-8057
    *Co-Counsel for Plaintiff*

    /s Patrick S. Montoya
    Ervin A. Gonzalez (Trial Counsel)
    Florida Bar No. 500720
    Ervin@colson.con
    Patrick S. Montoya
    Florida Bar No. 524441
    patrick@colson.com
    COLSON HICKS EIDSON COLSON
    MATTHEWS MARTINEZ GONZALEZ
    KALBAC & KANE
    255 Alhambra Circle, Penthouse
    Coral Gables, FL 33134
    Phone: (305) 476-7400
    Fax: (305) 476-7444
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing and via email and U.S. Mail to: Rhonda Beesing, Esq., Daniel Shapiro, Esq., Shapiro@csklegal.com, Rhonda.beesing@csklegal.com, Cole Scott & Kissane P.A., Attorneys for Defendant/Marion Pain Management Center, Inc., 4301 West Boy Scout Boulevard, Suite# 400, Tampa, Florida 33607.

/s Patrick S. Montoya

## **Service List**

Vilinda York v. New England Compounding Pharmacy, Inc.,
D/B/A New England Compounding Center (NECC), and Marion Pain Management Center, Inc., a Florida corporation,
Case No.: 5:12-CV-630-oc-22PRL

United States District Court, Middle District of Florida

Charles D. Bavol
Florida Bar Number 776701
cbavol@bleakleybavol.com
Melissa Kreps
Florida Bar Number 595551
mkreps@bleakleybavol.com
Bleakley Bavol Law Firm
15170 N. Florida Ave.
Tampa, FL 33613
*Attorneys for Defendant NECC*