UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**VILINDA YORK,**

       **Plaintiff,**

v.                                                 Case No:  5:12-cv-630-Oc-22PRL

**NEW ENGLAND COMPOUNDING**
**PHARMACY, INC. and MARION PAIN**
**MANAGEMENT CENTER, INC.,**

       **Defendants.**
_____/

**ORDER**

This cause comes before the Court on Defendant Marion Pain Management Center, Inc.'s ("Defendant PM") Motion to Dismiss Amended Complaint (Doc. No. 17), filed on December 19, 2012. Plaintiff Vilinda York ("Plaintiff") failed to respond to this motion. After reviewing Defendant PM's arguments, the Court agrees with them and finds them well taken. Again, Plaintiff has failed to file any opposition to this motion. *See* M.D. Fla. R. 3.01(b) ("Each party opposing a motion or application shall file within fourteen (14) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request, all of which the respondent shall include in a document not more than twenty (20) pages.").

Therefore, based on the foregoing, it is **ORDERED** as follows:

1. ("Defendant PM") Motion to Dismiss Amended Complaint (Doc. No. 17), filed on December 19, 2012, is **GRANTED**.

2. The Clerk is **DIRECTED TO TERMINATE** Defendant Marion Pain Management Center, Inc. as a party.

3. All other pending motions are **DENIED without prejudice**.

4. Pursuant to the provisions of 11 U.S.C. § 362, this case is automatically **STAYED**.

5. The Clerk is **DIRECTED TO ADMINISTRATIVELY CLOSE** this case.

6. Plaintiff may reinstate this action to active status, upon proper motion at the conclusion of the bankruptcy proceedings, should this suit not be resolved by those proceedings. If this suit is resolved by the bankruptcy proceedings, Plaintiff shall promptly move for dismissal of this case.

7. Plaintiff is **DIRECTED TO FILE AND SERVE** on or before May 8, 2013 and every three months thereafter a status report regarding the bankruptcy proceedings.

**DONE** and **ORDERED** in Orlando, Florida on February 7, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties